IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bruce Bair | : |
|    Plaintiff | : |
| v. | : Case No. 3:13-CV-2162 |
| Jose M. Velasco, Individually & t/d/b/a JV Trucking Express, JV Trucking, LLC and Mauricio Edgardo Yanez | : |
| | : (Judge Richard P. Conaboy) |
|    Defendants. | : |

Order

And now, this 14th day of May, 2015, for the reasons cited in the foregoing Memorandum of Law, Defendant's Motion for Reconsideration (Doc. 95) is hereby denied.

BY THE COURT

_____
Honorable Richard P. Conaboy
United States District Court

FILED
SCRANTON
MAY 15 2015
PER _____
DEPUTY CLERK